IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDITH P. CREEDON | : | Civil Action No. 2:11-cv-00373-GLL |
| | : | |
| Plaintiff, | : | |
| | : | Chief Judge Gary L. Lancaster |
| v. | : | |
| | : | |
| FIDELITY BANCORP, INC., | : | *ELECTRONICALLY FILED* |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW come Plaintiff Edith P. Creedon, by and through her undersigned

attorney, Joseph Chivers, Esq., and Defendant Fidelity Bancorp, Inc., by and through its

undersigned attorney, Donna J. Geary, Esq., and file this Stipulation of Dismissal With Prejudice

in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby

stipulated by Plaintiff that Defendant be dismissed from this case with prejudice. Each party to

bear their own costs.

**JOSEPH CHIVERS, ESQ.**                 **JACKSON LEWIS LLP**

*s/Joseph Chivers*                       *s/Donna J. Geary*
Joseph Chivers                           Donna J. Geary
PA I.D. No. 39184                        PA I.D. No. 62152
100 First Avenue, Suite 1010             gearyd@jacksonlewis.com
Pittsburgh, PA 15222-1514                Sunshine R. Fellows
Phone: 412-227-0763                      PA I.D. No. 87632
Fax:    412-281-8481                     gigers@jacksonlewis.com
Email: jchivers@employmentrightsgroup.com   One PPG Place, 28th Floor
                                         Pittsburgh, PA  15222
*Counsel for Plaintiff:*                 (412) 232-0404
*Edith P. Creedon*                       (412) 232-3441 *facsimile*

Dated:  September 12, 2011               *Counsel for Defendant:*
                                         *Fidelity Bancorp, Inc.*

                                         Dated:  September 12, 2011

SO ORDERED, this 16th day of September, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge