IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDITH P. CREEDON | Civil Action No. 2:11-cv-00373-GLL |
| Plaintiff, | |
| v. | Chief Judge Gary L. Lancaster |
| FIDELITY BANCORP, INC., | *ELECTRONICALLY FILED* |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW come Plaintiff Edith P. Creedon, by and through her undersigned attorney, Joseph Chivers, Esq., and Defendant Fidelity Bancorp, Inc., by and through its undersigned attorney, Donna J. Geary, Esq., and file this Stipulation of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff that Defendant be dismissed from this case with prejudice. Each party to bear their own costs.

**JOSEPH CHIVERS, ESQ.**

*s/Joseph Chivers*
Joseph Chivers
PA I.D. No. 39184
100 First Avenue, Suite 1010
Pittsburgh, PA 15222-1514
Phone: 412-227-0763
Fax: 412-281-8481
Email: jchivers@employmentrightsgroup.com

*Counsel for Plaintiff:*
Edith P. Creedon

Dated: September 12, 2011

**JACKSON LEWIS LLP**

*s/Donna J. Geary*
Donna J. Geary
PA I.D. No. 62152
gearyd@jacksonlewis.com
Sunshine R. Fellows
PA I.D. No. 87632
gigers@jacksonlewis.com
One PPG Place, 28th Floor
Pittsburgh, PA 15222
(412) 232-0404
(412) 232-3441 *facsimile*

*Counsel for Defendant:*
Fidelity Bancorp, Inc.

Dated: September 12, 2011

SO ORDERED, this 16th day of September, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge